IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BINA T. PITTMAN                                *
                                               *
                                               *
v.                                             *    Civil No. – JFM-14-2033
                                               *
MARYLAND STATE DEPARTMENT                      *
OF EDUCATION                                   *
                                          ******

**MEMORANDUM**

Bina T. Pittman has instituted this *pro se* action for employment discrimination against the Maryland State Department of Education.  Defendant has filed a motion to dismiss or for summary judgment.  The motion will be treated as one for summary judgment and, as such, will be granted.

There may be technical flaws in the claims that plaintiff is asserting.  However, those defects aside, there simply can be no question that there was ample cause for defendant's termination of plaintiff's employment.  Plaintiff does not, as she cannot, deny that she disclosed confidential information concerning students at the Hickey School to other employees of defendant, as well as the offices of Senator Bobby Zirkin, Senator Barbara Mikulski, and Governor Martin O'Malley in violation of Maryland law.  Plaintiff did so because she was upset that she was working in a classroom which included as a student the brother of a student who had allegedly assaulted her in August 2010.  However, whatever plaintiff's motivation, there was no excuse for her to send to others the names and ID numbers of students in her class.  Accordingly, defendant was entirely justified in terminating her employment.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date:   October 9, 2014               __/s/_____
                                      J. Frederick Motz
                                      United States District Judge